**FILED**

DEC 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

VICTOR SALGADO,                          1:08-CV-1094-VRW HC

        Petitioner,                   ORDER

        v

JAMES D HARTLEY, Acting Warden

        Respondent.

_____/

        Petitioner Victor Salgado, a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 USC § 2254, has requested additional time to file his traverse to respondent's answer to the petition for writ of habeas corpus.  Doc #12.

        Good cause appearing therefor, petitioner's request to enlarge time to file his traverse is GRANTED.  Petitioner's traverse, not to exceed fifty pages, must be filed on or before January 25, 2009.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge