IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SALGADO, | No   C 08-1094 VRW |
| Petitioner, | ORDER |
| v | |
| JAMES HARTLEY, | |
| Respondent. | |

Petitioner has filed a notice of appeal following the court's denial of his habeas petition challenging, as a violation of his constitutional rights, the governor's reversal of the Board of Prison Term's (BPT) decision to grant him parole. Doc #17. The court construes the notice of appeal as an application for a certificate of appealability. United States v Asrar, 116 F3d 1268, 1270 (9th Cir 1997); 28 USC § 2253(c)(3).

Petitioner's request for a certificate of appealability is DENIED as unnecessary.  Under Ninth Circuit precedent, no

certificate of appealability is required when a petitioner challenges an administrative denial of parole.  <u>Rosas v Nielsen</u>, 428 F3d 1229, 1232 (9th Cir 2005).  Accordingly, the clerk shall process the notice of appeal.

     IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge