IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR SALGADO,                         No   C 08-1094 VRW

    Petitioner,                     ORDER

    v

JAMES HARTLEY,

    Respondent.
_____/

       The court has denied the petition for a writ of habeas corpus in the above-captioned matter and has issued judgment in favor of respondent. Doc ##15, 16. Petitioner Victor Salgado, a state prisoner proceeding pro se, filed a notice of appeal. Doc #17. Because he did not pay the filing fee, the clerk of the court directed petitioner to pay the $455 fee or to submit an application to proceed in forma pauperis. Doc #20. Petitioner then filed with the court two similar form applications to proceed in forma pauperis by a prisoner. Doc ##21, 22. This is the form used in

conjunction with an initial filing at the district court level, not the Form 4 used in connection with an application under FRAP 24 at the court of appeals level.

In lieu of requiring petitioner to complete Form 4, however, the court deems petitioner's submission equivalent as a statement of indigency to Form 4.  The other requirements of FRAP 24 (statement of issues on appeal, statement of entitlement to redress) are not met, and petitioner's submissions to the court of appeals should include these items.  The motion to proceed in forma pauperis on appeal is GRANTED as to petitioner's financial eligibility only.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge